RAMEY KEMP & ASSOCS., INC. v. RICHMOND HILLS RESIDENTIAL PARTNERS, LLC

[367 N.C. 118 (2013)]

RAMEY KEMP & ASSOCIATES, INC., Plaintiff v. RICHMOND HILLS RESIDENTIAL PARTNERS, LLC; FIRST BANK and FIRST TROY SPE, LLC, Defendant and Third-Party Plaintiffs v. STEVE SAIEED, Third-Party Defendant

No. 122A13

(Filed 4 October 2013)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 737 S.E.2d 420 (2013), affirming an order granting summary judgment entered on 3 October 2011 by Judge R. Allen Baddour, Jr. in Superior Court, Wake County. Heard in the Supreme Court on 5 September 2013.

*Manning Fulton & Skinner, P.A., by William C. Smith, Jr. and Natalie M. Rice, for plaintiff-appellee.*

*Boxley, Bolton, Garber & Haywood, L.L.P., by Ronald H. Garber, for defendant-appellants First Bank and First Troy SPE, LLC.*

PER CURIAM.

AFFIRMED.